1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   HELLER EHRMAN LLP,                    No. C 14-01237 CRB

12         Plaintiff,                      **ORDER**

13      v.

14   JONES DAY,

15         Defendant.
                                        /
16

17        Briefs on the <u>Jewel</u> issue of no more than 25 pages are to be filed by May 16, 2014.

18   The parties should note that the Court has considered the briefs previously filed in this

19   matter.  Oral argument will be conducted on June 5, 2014 at 10:00 AM.

20        No continuances will be granted.

21        **IT IS SO ORDERED.**

22

23

24   Dated: May 5, 2014            CHARLES  R. BREYER
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28