IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLER EHRMAN LLP,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVIS, WRIGHT, TREMAINE, LLP,<br><br>    Defendant. | Nos.  C 14-01236 CRB<br>        C 14-01237 CRB<br>        C 14-01238 CRB<br>        C 14-01239 CRB<br><br>**ORDER RE SUMMARY JUDGMENT** |

HELLER EHRMAN LLP,

    Plaintiff,

  v.

JONES DAY,

    Defendant.

HELLER EHRMAN LLP,

    Plaintiff,

  v.

FOLEY & LARTNER LLP,

    Defendant.

HELLER EHRMAN LLP,

    Plaintiff,

  v.

ORRICK, HERRINGTON & SUTCLIFFE LLP,

    Defendant.               /

    The Order of this Court issued on June 11, 2014, is amended as follows:

On page 4, line 2 of the Order, "corporation" is replaced with "partnership."

**IT IS SO ORDERED.**

Dated: July 1, 2014



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE